IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| LA'SHANTA ROBERSON,<br><br>Plaintiff,<br><br>v.<br><br>CORRECT HEALTH, et al.,<br><br>Defendants. | CIVIL ACTION NO.: 4:23-cv-53 |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's March 10, 2023, Report and Recommendation, (doc. 6), to which plaintiff has not filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. Plaintiff's claims against the Chatham County Sheriff's Department are **DISMISSED**. Plaintiff's claims against the remaining defendants and her Motion seeking service by the United States Marshal, (doc. 7), remain pending.

**SO ORDERED**, this 29th day of March, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA