**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

LA'SHANTA S. ROBERSON,

       Plaintiff,

       v.

CORRECT HEALTH, et al.,

       Defendants.

CIVIL ACTION NO.: 4:23-cv-53

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's April 25, 2023, Report and Recommendation, (doc. 12), to which plaintiff has not filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. Plaintiff's claims against the Chatham County Sheriff's Department and Defendant Musso are **DISMISSED**. Plaintiff's claims against the remaining defendants remain pending. (See doc. 12, p. 7.)

**SO ORDERED**, this 25th day of May, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA